United States District Court
Southern District of Texas

**ENTERED**

September 09, 2024

Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:21-CR-00350 |
| | § | |
| CHANTEL DESHAY COLLINS | § | |

---

### ORDER GRANTING MOTION TO CONTINUE

---

The following dates shall govern this action:

Initial presentence report must be disclosed by:  December 23, 2024  ;

Objections must be filed by:  January 7, 2024  ;

Final Presentence Report due by:  January 21, 2024  ;

Sentencing set for:  January 28, 2025 at 10:30 a.m.  ;

SIGNED at Houston, Texas on this  9th  day of  September , 2024.


GEORGE C. HANKS
United States District Judge