United States District Court
Southern District of Texas
**ENTERED**
December 09, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 4:21-CR-350-007 |
| § | |
| CHANTEL DESHAY COLLINS § | |

## ORDER

Pending before the Court is the Defendant's Unopposed Motion to Continue Sentencing (Dkt. 538).

**IT IS HEREBY ORDERED** that the Defendant's Motion to Continue Sentencing is **GRANTED**.

It is further **ORDERED** that sentencing of the Defendant is reset as follows:

1. By **February 18, 2025**, the presentence report must be disclosed to counsel.
2. By **March 4, 2025**, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection.
3. By **March 18, 2025**, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues.
4. The sentencing will be held on **March 25, 2025 at 10:00 AM.**

SIGNED at Houston, Texas on December 9, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE